UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE SLICK,　　　　　　　　　　　　　　　　No. 07-13727

　　　　　　Plaintiff,　　　　　　　　　　　　District Judge David M. Lawson

v.　　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

ONSTED COMMUNITY SCHOOLS,

　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　/

## ORDER

The parties having stipulated to extend the time for Plaintiff to file a brief in response to Defendant's motion for summary judgment, the dates are hereby extended as follows:

　　Plaintiff's responsive brief:　　　　JANUARY 12, 2009

　　Defendant's reply brief:　　　　　　JANUARY 26, 2009

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　S/R. Steven Whalen
　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: December 23, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 23, 2008.

S/Gina Wilson
Judicial Assistant