UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE SLICK,                                                                  No. 07-13727

       Plaintiff,                                                      District Judge David M. Lawson

v.                                                                                      Magistrate Judge R. Steven Whalen

ONSTED COMMUNITY SCHOOLS,

       Defendant.
_____/

## ORDER

Pursuant to the parties' stipulation filed May 6, 2009 [Docket #25],

IT IS ORDERED that this matter is submitted to the Wayne County Mediation Tribunal Association;

IT IS FURTHER ORDERED that the parties are bound by the provisions of M.C.R. 2.403, including the provisions regarding sanctions;

IT IS FURTHER ORDERED that case evaluation will occur within 45 days of the date of this Order.

                                                          S/R. Steven Whalen
                                                          R. STEVEN WHALEN
                                                          UNITED STATES MAGISTRATE JUDGE

Dated:  May 19, 2009

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 19, 2009.

                                                          S/Gina Wilson
                                                          Judicial Assistant